UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| URSULA MCGEE, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>TOMICKA HICKS, SHARON )<br>STANLEY, PATRICIA TAYLOR and )<br>JUDY MCARN, )<br>    Defendants. ) | **JUDGMENT**<br>No. 5:15-CV-178-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Motions to Dismiss [DE-21, -23] are ALLOWED. The Complaint [DE-8] is DISMISSED WITH PREJUDICE. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on November 10, 2015, and Copies To:**
Ursula McGee (via U.S. Mail to 408 Westcliffe, Raleigh, NC 27603)
Scott Wood Warren (via CM/ECF electronic notification)
Lisa Karen Bradley (via CM/ECF electronic notification)


DATE              JULIE RICHARDS JOHNSTON, CLERK
November 10, 2015        /s/ Jacqueline B. Grady
                 (By) Jacqueline B. Grady, Deputy Clerk